UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHRISTOPHER WILLIAM CHAMBERLIN AND SELENE ELUNA-REY DRACULEA,<br><br>Plaintiffs,<br><br>v.<br><br>OPVHHJV LLC, d/b/a PATHLIGHT PROPERTY MANAGEMENT, HOME PARTNERS HOLDINGS LLC, HPA BORROWER 2018-1 LLC, AND HPA JV BORROWER 2019-1 ATH LLC,<br><br>Defendants. | Case No. 0:22-cv-02523-KMM-LIB<br><br>**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Federal Rules of Civil Procedure 65(a) and Local Rule 7.1, Plaintiffs respectfully request that the Court issue an order 1) enjoining Defendants from further failing to comply with the request to repair Plaintiffs' rental housing issued by Metropolitan Council's Housing and Redevelopment Authority ("Metro HRA") in the inspection report dated August 14, 2023; 2) enjoining Defendants from charging rent payments and late fees on their current rental property until all necessary repairs are completed by no later than January 15, 2024; and 3) enjoining Defendants from initiating any eviction proceedings unless full repairs are completed and the property passes post-repair inspection by Metro HRA.

As there is not much time to complete the necessary repairs Metro HRA requires which could potentially displace Plaintiffs and their children from their residence if not

fully complied with in time, Plaintiffs respectfully request an expedited process for this Motion.

In support of these Motions, Plaintiffs submit a Notice of Hearing, Memorandum of Law, a Declarations in Support of Plaintiffs' Motions and accompanying Exhibits, and a Proposed Order.

WHEREFORE, Plaintiffs respectfully request that the Court grants Plaintiffs' motions for preliminary injunction on expedited basis.

Dated: December 15, 2023

Respectfully submitted,

*/s/ Catherine K. Smith*
Catherine K. Smith (#353723)
Shashi Gowda (#0401809)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
csmith@gustafsongluek.com
csmith@gustafsongluek.com

***ATTORNEYS FOR PLAINTIFFS***