UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHRISTOPHER WILLIAM CHAMBERLIN AND SELENE ELUNA-REY DRACULEA,<br><br>Plaintiffs,<br><br>v.<br><br>OPVHHJV LLC, d/b/a PATHLIGHT PROPERTY MANAGEMENT, HOME PARTNERS HOLDINGS LLC, HPA BORROWER 2018-1 LLC, AND HPA JV BORROWER 2019-1 ATH LLC,<br><br>Defendants. | Case No. 0:22-cv-02523-KMM-LIB<br><br>**ORDER ON STIPULATION REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

The parties filed a stipulation on December 26, 2023, regarding Plaintiffs' Motion for Preliminary Injunction.

**IT IS HEREBY ORDERED THAT:**

1. Defendants shall make a good faith effort to complete all identified repairs on the Canadians Landing Property as required by Metro HRA on the Inspection Report dated August 14, 2023, and any other additional repairs that are needed to ensure the Property is habitable pursuant to Metro HRA's minimum standards outlined in 24 C.F.R. § 5.703, by no later than January 15, 2024.

2. Defendants shall inform Plaintiffs by December 31, 2023, on the status of repairs. Defendants shall promptly inform Plaintiffs if there are any delays to repairs due to circumstances outside of Defendants' control, such as a delay in construction material

delivery, that would make the completion on January 15, 2024, impossible despite due diligence and good faith effort.

3. Defendants shall not initiate any eviction proceedings for non-payment of rent until repairs are completed pursuant to the Metro HRA Inspection Report.

4. The hearing on Plaintiffs' Motion for Preliminary Injunction scheduled for December 27, 2023, is hereby rescheduled to January 17, 2024 at 1:00pm. The hearing shall be conducted by videoconference. By noon on January 16, Plaintiffs must either withdraw the motion so that the hearing may be cancelled, or each side must submit a letter brief of no more than five pages updating the Court about the relevant factual and legal landscape.

Date: December 27, 2023

                                                   *s/Katherine Menendez*
                                                   Katherine Menendez
                                                   United States District Judge