

**MINNESOTA OFFICE**
CANADIAN PACIFIC PLAZA
120 S. 6TH ST., STE 2600
MINNEAPOLIS, MN 55402

**CALIFORNIA OFFICE**
600 W. BROADWAY
SUITE 3300
SAN DIEGO, CA 92101

**SHASHI K. GOWDA**
sgowda@gustafsongluek.com
TEL (612) 333-8844 • FAX (612) 339-6622
MINNESOTA OFFICE

January 16, 2024

<u>**VIA ECF**</u>
The Honorable Kate M. Menendez
United States District Court
316 N. Robert Street
St. Paul, MN 55101

Re: *Chamberlin, et al. v. Home Partners Holding LLC et al.*
Case No. 22-CV-02523 (KMM/LIB)

Dear Judge Menendez,

Pursuant to the Court's Order on Stipulation Regarding Plaintiffs' Motion for Preliminary Injunction (ECF No. 57) dated December 27, 2023, Plaintiffs respectfully submit this letter to provide an update on the status of Plaintiffs' Motion for Preliminary Injunction. The parties have successfully resolved their dispute and accordingly the January 17, 2024 hearing on Plaintiffs' motion is no longer necessary. As such, Plaintiffs respectfully request cancellation of the January 17, 2024 hearing and withdraw their Motion for Preliminary Injunction.

Sincerely,

GUSTAFSON GLUEK PLLC

Shashi K. Gowda

SKG/dj